LODGED
CLERK, U.S. DISTRICT COURT
MAY 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SALMAN F. QURESHI, | ) Case No. CV 07-6382-AHS(RC) |
| Petitioner, | ) |
| vs. | ) ORDER ADOPTING REPORT AND |
| LINDA SANDERS, | ) RECOMMENDATION OF UNITED STATES |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a *de novo* determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) the action is determined to be moot, and Judgment shall be entered dismissing the petition and action as moot.

//
//
//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED: JUN 10 2008

_____
ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE

R&R\07-6382.ado
5/14/08