LODGED
CLERK, U.S. DISTRICT COURT

MAY 1 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOHAMMAD SALMAN F. QURESHI,    ) Case No. CV 07-6382-AHS(RC)
                               )
                 Petitioner,   )
                               )
vs.                            ) JUDGMENT
                               )
LINDA SANDERS,                 )
                               )
                 Respondent.   )
_____)

    IT IS ADJUDGED that Judgment be entered dismissing the
petition and action as moot.


DATED:   JUN 1 0 2008
        _____

                          _____
                          ALICEMARIE H. STOTLER
                          CHIEF UNITED STATES DISTRICT JUDGE


R&Rs\07-6382.JUD
5/14/08